E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
ALEXANDRA M. MICHAEL (Cal. Bar No. PENDING)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3756
    Facsimile: (213) 894-0141
    E-mail:   Alexandra.michael@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-cr-00584-ODW-1 |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| HAKOB MAZLUMYAN, | |
| Defendant. | **CURRENT TRIAL DATE:** 9/24/2024<br>**PROPOSED TRIAL DATE:** 2/25/2025 |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Alexandra Michael, and defendant Hakob Mazlumyan("defendant"), both individually and by and through his counsels of record, George Mgdesyan and Jilbert Tahmazian, hereby stipulate as follows:

1. The Indictment in this case was filed on November 30, 2023. Defendant first appeared before a judicial officer of the court in which the charges in this case were pending on December 13, 2023. The

Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before February 21, 2024.

2. On December 13, 2023, the Court set a trial date of February 6, 2024.

3. Defendant is released on bond pending trial.

4. By this stipulation, defendant moves to continue the trial date to February 25, 2025. The defendant also moves to set a pre-trial conference date of February 11, 2025. This is the second request for a continuance.

5. Defendant requests the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

   a. Defendant is charged with violations of 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition. The government will be producing discovery to the defense, including law enforcement reports and other records.

   b. Defense counsel is presently scheduled for trial in the following:

   i. *United States v. Aloyan,* September 26, 2024, in Case No. 2:18-CR-00760-GW;

   ii. *Guenter Memmert VS. Mansor and Ben-Shimon,* September 30, 2024, Case No. 21VECV01118, Civil Case; Trespass and Harassment Dispute; trial for 3-5 days;

   iii. *State v. Migran Daduryan,* September 30, 2024, Case No. 22WM09919, State Criminal Matter; DUI; trial for 3-5 days;

   iv. *Davoodian vs. Davoodian,* October 4, 2024, Case No. 22STCV21896, Civil; Employment Law Dispute Real Property dispute; mediation for 1 day;

     v. *State v. Aghekyan, Baghikyan, and Grigoryan,* October 11, 2024, Case No. CIVSB2400782, Illegal Cultivation; trial for 1 day;

     vi. *United States v. Farkhoyan,* October 15, 2024, Case No. 2:23-CR-00628-DMG, Federal Multi Defendant trial; 21 U.S.C. § 846: Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Possession with Intent to Distribute and Distribution of Methamphetamine; 18 U.S.C. § 924(c)(1)(A)(i): Possessing a Firearm in Furtherance of a Drug Trafficking Crime; 18 U.S.C. § 922(g)(1): Felon in Possession of Firearms and Ammunition; 18 U.S.C. § 924; trial for 10-15 days;

     vii. *United State v. Sorto,* November 4, 2024, Case No. 2:24-CR-00043-SPG, Federal Multi Defendant Trial; Conspiracy to Commit Wire Fraud; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft; trial for 10 days;

     viii. *Hayrapetian vs Genesis Investments Group, LLC,* November 18, 2024, Case No. 23STCV14485, Civil Dispute over a breach of loan agreement affecting a real property interest; trial 7-10 days;

     ix. *United States v. Kyurkchian,* December 10, 2024, Case No. 2:24-CR-00047-FMO, 21 U.S.C. § 846: Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances; 21 U.S.C.§§ 841(a)(1), (b)(1)(A)(viii): Possession with Intent to Distribute and Distribution of Methamphetamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), (b)(1)(B)(vi), (b)(1)(C): Possession with Intent to Distribute and Distribution of Fentanyl; 21 U.S.C. §§ 841(a)(1),(b)(1)(A)(ii), (b)(1)(B)(ii): Possession with Intent to

1 Distribute and Distribution of Cocaine; 18 U.S.C. § 922(g)(1): Felon
2 in Possession of Firearm; multi defendant trial for 10-15 days; and
3             x.   *City of El Monte VS. KK El Monte Properties,*
4 January 14, 2025, Case No. 22PSCV00255, Cultivation Issue; trial for
5 3-5 days.
6        c.   In light of the foregoing, counsel for defendant also
7 represents that additional time is necessary to confer with
8 defendant, conduct and complete an independent investigation of the
9 case, conduct and complete additional legal research including for
10 potential pre-trial motions, review the discovery and potential
11 evidence in the case, and prepare for trial in the event that a
12 pretrial resolution does not occur. Defense counsel represents that
13 failure to grant the continuance would deny him reasonable time
14 necessary for effective preparation, taking into account the exercise
15 of due diligence.
16        d.   Defendant believes that failure to grant the
17 continuance will deny his continuity of counsel and adequate
18 representation.
19        e.   The government does not object to the continuance.
20        f.   The requested continuance is not based on congestion
21 of the Court's calendar, lack of diligent preparation on the part of
22 the attorney for the government or the defense, or failure on the
23 part of the attorney for the Government to obtain available
24 witnesses.
25    6.   For purposes of computing the date under the Speedy Trial
26 Act by which defendant's trial must commence, the parties agree that
27 the time period of August 25, 2024, to February 25, 2025, inclusive,
28 should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

4

(h)(7)(B)(i), because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: August 22, 2024 | Respectfully submitted, |
| 2 | | E. MARTIN ESTRADA |
| 3 | | United States Attorney |
| 4 | | MACK E. JENKINS<br>Assistant United States Attorney |
| 5 | | Chief, Criminal Division |
| 6 | |       /s/ |
| 7 | | ALEXANDRA MICHAEL<br>Assistant United States Attorney |
| 8 | | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

6

1    I am HAKOB MAZLUMYAN's attorney. I have carefully discussed
2 every part of this stipulation and the continuance of the trial date
3 with my client. I have fully informed my client of his Speedy Trial
4 rights. To my knowledge, my client understands those rights and
5 agrees to waive them. I believe that my client's decision to give up
6 the right to be brought to trial earlier than February 25, 2025, is
7 an informed and voluntary one.

8
9 Jilbert Tahmazian            Date: 8/29/24
  Attorney for Defendant
10 HAKOB MAZLUMYAN

11

12    I have read this stipulation and have carefully discussed it
13 with my attorney. I understand my Speedy Trial rights. I voluntarily
14 agree to the continuance of the trial date, and give up my right to
15 be brought to trial earlier than February 25, 2025.

16
17 HAKOB MAZLUMYAN            Date: 8/29/24
  Defendant